~~SECRET~~ Unsealed 2/13/09

FILED
2009 FEB -5 PM 3:23

BY _____ vm _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal No. 09CR 0366 W |
|---|---|
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of an Unregistered Firearm; Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| ISMAEL FONSECA (1), aka Ish, RICHARD ORTIZ (2), aka Rick, | |
| Defendants. | |

The grand jury charges:

Count 1

On or about November 18, 2008, within the Southern District of California, defendants ISMAEL FONSECA, aka Ish, and RICHARD ORTIZ, aka Rick, knowingly possessed a firearm, that is one 12-gauge, shortened-barrel Savage shotgun, serial no. X19336, not registered to either of them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d), and Title 18, United States Code, Section 2.

//

JNP:MIC:PJM:em:San Diego
2/4/09

## Count 2

On or about November 18, 2008, within the Southern District of California, defendant ISMAEL FONSECA, aka Ish, being a person who had previously been convicted in courts, to wit:

    a)     the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about July 13, 1995, possession of a controlled substance for sale, in violation of California Health and Safety Code, Sec. 11378; and

    b)     the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about July 13, 1995, possession of a controlled substance while armed, in violation of California Health and Safety Code, Sec. 11370.1(A);

did knowingly and unlawfully possess in and affecting commerce a firearm, that is, one 12-gauge, shortened-barrel Savage shotgun, serial no. X19336, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 3

Beginning on a date unknown to the grand jury and continuing up to and including November 18, 2008, within the Southern District of California, and elsewhere, defendants ISMAEL FONSECA, aka Ish, and RICHARD ORTIZ, aka Rick did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and 846.

//

## Count 4

On or about November 18, 2008, within the Southern District of California, defendants ISMAEL FONSECA, aka Ish, and RICHARD ORTIZ, aka Rick, knowingly and intentionally distributed, 50 grams and more, to wit: approximately 51.0 grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: February 5, 2009.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOHN PARMLEY
Assistant U.S. Attorney

3