SECRET
NOT FOR PUBLIC VIEW

Unsealed
2/13/09

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

v.

RICHARD ORTIZ (2)
aka Rick

## WARRANT FOR ARREST

**CASE NUMBER:** 09cr0366-W

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RICHARD ORTIZ aka Rick _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

26 USC 5861(d) and 5871 - Possession of an Unregistered Firearm
21 USC 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine
21 USC 841(a)(1) - Possession of Methamphetamine with Intent to Distribute
18 USC 2 - Aiding and Abetting

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
_____
Name of Issuing Officer

K. HAMMERLY   SEAL

_____
Signature of Deputy

Clerk of the Court
_____
Title of Issuing Officer

2/5/2009 San Diego, CA
_____
Date and Location

Bail fixed at $ _____ NO BAIL _____   by _____ The Honorable Jan M. Adler _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

